# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Raymundo Lopez CASILLAS III**<br>DOB: xx/xx/2000<br>United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**19-09013 MJ** |

Complaint for violation of Title 26 United States Code § 5861(d)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 7, 2019, at or near Tucson, in the District of Arizona, Raymundo Lopez CASILLAS III knowingly possessed firearms as defined in Title 26, United States Code, Section 5845(a); that is: one fully automatic Auto Ordinance 1928A1 machinegun, two Glock conversion device machineguns, and five pipe bomb destructive devices, not registered to CASILLAS in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 7, 2019, law enforcement officers were investigating a shooting death at the residence of Raymundo Lopez CASILLAS III. During the investigation, CASILLAS told officers that the items inside a gun cabinet within the residence belonged to him, and that he had the only key to the cabinet. Officers located the key to the cabinet in CASILLAS' bedroom. Inside the cabinet, officers located an Auto Ordinance 1928A1 machinegun. Officers confirmed this weapon was a machinegun as defined in Title 26, United States Code, Section 5845(a)(1) and (b), through a function test, during which the weapon functioned as fully automatic. Five pipe bombs were also located in the cabinet, and an examination of the devices by an explosives expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) confirmed that the pipe bombs were destructive devices as defined in Title 26, United States Code, Section 5845(a)(8) and (f). Additionally, two Glock conversion devices were located in a tool box in close proximity to the cabinet. Documents related to the purchase and shipping of these Glock conversion devices were found in CASILLAS' bedroom. ATF agents determined that the two Glock conversion devices were machineguns as defined in Title 26, United States Code, Section 5845(a)(1) and (b). None of these aforementioned items were registered to CASILLAS in the National Firearms Registration and Transfer Record.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge<br><br>*Angela W Woolridge* (signature)<br><br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT<br><br>(signature)<br><br>OFFICIAL TITLE<br>ATF Special Agent<br><br>DATE<br>June 25, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54